United States District Court
Southern District of New York

---

Spray Moret, LLC, d/b/a Sprayground

                                      Plaintiff,

-against-

Hudson Outerwear Inc., Maxima Apparel Corp., Maxima Ecommerce Holdings LLC, and Maxima Global Holdings LLC

                                    Defendants.

**AFFIDAVIT OF SERVICE**

Index No. 18-cv-09920 (CM)

---

State of New York )
                     ss:
County of Albany )

Mary M. Bonville, being duly sworn, deposes and says:

Deponent is over the age of eighteen and is a resident of New York State and is not a party to this action. That on January 23, 2019 at approximately 3:50 PM deponent served the following specific papers pursuant to Section 306 of the Business Corporation Law: Summons in a Civil Action and Complaint; Individual Practices in Civil Cases of Honorable J. Paul Oetken Revised: July 5, 2018, and Electronic Case Filing Rules & Instructions October 9, 2018 Edition, that the party served was Maxima Apparel Corp., a domestic business corporation, one of the defendants in this action, by personally serving two copies of the aforesaid papers at the office of the New York State Secretary of State located at 99 Washington Avenue, 6th Floor, in the City of Albany, New York by delivering to and leaving the papers with Sue Zouky, a white female with light brown hair, being approximately 60 years of age; height of 5'0", weight of 125 lbs., being an authorized person in the Corporation Division of the Department of State and empowered to receive such service. That at the time of making such service, deponent paid the fee prescribed by Law in the amount of $40.00.

                                                                      _____
                                                                         Mary M. Bonville

Sworn to before me this 24th day of January, 2019

_____
Ruth A. Dennehey
Notary Public — State of New York
Qualified in Albany County
Registration No. 01DE4729775
Commission Expires: 11-30-2022