

**Mandelbaum**
**Salsburg**
*Attorneys at Law*

New Jersey ● New York ● Florida ● Colorado

**Ronald D. Coleman, Member**
*Admitted in New York and New Jersey*
rcoleman@lawfirm.ms

1270 Sixth Avenue – Suite 1818
New York, New York 10020
212.776.1834

3 Becker Farm Road
Roseland, New Jersey 07068
973.736.4600
www.lawfirm.ms

May 7, 2019

**BY ECF**

Hon.  J. Paul Oetken
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re:     **Spray Moret, LLC v. Hudson Outerwear Inc. et al**
          **1:18-cv-09920-JPO**

Dear Judge Oetken:

We represent plaintiff in the referenced matter and write to advise the Court that the parties have reached a settlement in principle and are in the process of executing the settlement agreement.

We request that the Court enter a 30-day order pursuant to which the present schedule and deadlines would be postponed in anticipation of the submission to the Court for approval of a proposed stipulation of settlement.

Your Honor's attention to this request is appreciated.

Respectfully submitted,

Ronald D. Coleman

cc:  ECF Counsel